UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GERALDINE CAMIRAND, DAWN DARISH,
 PATRICIA OSWALD, and JOSPEH VALENSON,

          Plaintiffs,

      -against-

COUNTY OF NASSAU, NASSAU COUNTY
POLICE DEPARTMENT, and CIVIL SERVICE
EMPLOYEES ASSOCIATION, LOCAL 830,
A.F.S.C.M.E., LOCAL 1000, AFL-CIO,

          Defendants.
-------------------------------------------------------------X

**ORDER**
10 CV 6044 (DRH) (WDW)

**HURLEY, Senior District Judge:**

    On November 19, 2012, Magistrate Judge William D. Wall issued a Report and Recommendation ("Report") in this case recommending that plaintiffs' case be dismissed pursuant to Fed. R. Civ. P. 41(b). (*See* Docket No. 14.) More than fourteen days have elapsed since the entry of this Report and electronic service via ECF. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party has filed any objections.

    Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, this Court adopts the November 19, 2012 Report of Judge Wall as if set forth herein, and dismisses plaintiffs' case pursuant to Fed. R. Civ. P. 41(b). The Clerk of Court shall close this case.

                                                                     SO ORDERED.

Dated: Central Islip, New York
       December 11, 2012

                                                /s/
                                   Denis R. Hurley
                                   United States District Judge